FILED
DEC 17 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 19-40080 |
| ) | |
| v. ) | |
| ) | |
| TERRANCE JERMAINE CLAY, ) | VIO: Title 18, United States Code, |
| a.k.a. "T.J.," and ) | Sections 1951(a), 2, 924(c) |
| ) | |
| KELSEY DUANE BRAGG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Conspiracy to Commit Robbery)

From a date unknown to the Grand Jury, but beginning during in or about October 2017 and continuing to on or about November 22, 2019, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**TERRANCE JERMAINE CLAY, a.k.a "T.J.," and,
KELSEY DUANE BRAGG,**

did knowingly and intentionally conspire with each other, and other persons, to unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951,

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
## (Interference with Commerce by Robbery)

On or about November 11, 2017, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

### TERRANCE JERMAINE CLAY, a.k.a "T.J.," and,
### KELSEY DUANE BRAGG,

did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants unlawfully took and obtained, and attempted to take and obtain, personal property including but not limited to illegal drugs, from the persons and in the presence of the owners of said property, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to said persons.

All in violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE
### (Possession of Firearms in Furtherance of Robbery)

On or about November 11, 2017, in Rock Island County in the Central District of Illinois, and elsewhere, the defendant,

**TERRANCE JERMAINE CLAY, a.k.a "T.J.," and,
KELSEY DUANE BRAGG,**

possessed firearms in furtherance of a crime of violence which was a felony prosecutable in a court of the United States, that is, a violation of Title 18, United States Code, Section 1951, as set forth in Count Two of this Indictment, and in the course of doing so discharged said firearms.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

**A TRUE BILL**

s/foreperson

**FOREPERSON**

s/AUSA

**JOHN C. MILHISER
UNITED STATES ATTORNEY
AAR**